BLANK ROME LLP
John D. Kimball
Kate B. Belmont
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
JKimball@BlankRome.com
KBelmont@BlankRome.com

*Attorneys for Petitioners Sargeant Trading Ltd. and Sargeant Marine, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARGEANT TRADING LTD. AND SARGEANT MARINE, INC., as Owners of the M/T FU NING WAN and the M/T ASPHALT SUMMER,<br><br>                    Petitioners,<br><br>          -against-<br><br>BETTEROADS ASPHALT CORP., as Charterer,<br><br>                    Respondent. | Civil Action No.:<br><br>**RULE 7.1 STATEMENT** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Petitioners Sargeant Marine, Inc. and Sargeant Trading Ltd. (collectively "Petitioners") makes the following disclosure statement:

1. Petitioners are privately held corporations;

2. There are no parent corporations and no publicly held corporations owning ten percent (10%) or more of their stock.

Dated: New York, New York
        June 23, 2015

678590.00602/100556691v.1

Respectfully submitted,

By _____
John D. Kimball
Kate B. Belmont
Blank Rome LLP
Attorneys for Petitioners
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
